**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CAMERON PERLA, OSB #241820**
cameron.perla@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1013
For Defendant United States Department of Education

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| In re: John Henry DeJong,<br><br>Debtor. | Case No. 26-32562-dwh7<br><br>Adv. Proc. 26-03057-dwh |
| John Henry DeJong,<br><br>Plaintiff,<br>vs.<br><br>United States Department of Education,<br><br>Defendant. | DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION'S ANSWER TO COMPLAINT |

Defendant United States Department of Education ("DOE") answers Plaintiff's complaint in correspondingly numbered paragraphs as follows:

1. Admit.

2. DOE admits that Plaintiff filed the underlying case under Chapter 7 of the Bankruptcy Code. The remaining allegations are not directed at DOE and no response is required. Therefore, DOE denies the remaining allegations in paragraph 2.

3. DOE admits that the original loan amounts were $23,248.00 and $49,531.00. DOE lacks sufficient information to form a basis of belief as to the remaining allegations in Paragraph 3 and therefore denies.

4. DOE lacks sufficient information to form a basis of belief as to the allegations in Paragraph 4 and therefore denies.

5. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5 and therefore denies.

   I. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5(I) and therefore denies.

   II. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5(II) and therefore denies.

   III. There is no paragraph 5(III) in the Complaint.

   IV. There is no paragraph 5(IV) in the Complaint.

   V. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5(V) and therefore denies.

      1. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5(V)(1) and therefore denies.

   VI. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 5(VI) and therefore denies.

6. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 6 and therefore denies.

   I. DOE denies the forbearance periods listed in paragraph 6(I) of the Complaint. DOE admits that Loan Nos. 13 and 14 have been in forbearance for 82.6 months.

   II. Admit.

   III. DOE lacks sufficient information to form a basis of belief as to the allegations in paragraph 6(III) and therefore denies.

7. DOE denies that the amount owed on the student loan when the case was filed was $89,767.39. DOE admits that as of August 20, 2026, Plaintiff owes $90,016.57 in principal and interest on student loans to DOE.

8. Admit.

## CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENT

9. Pursuant to FRBP 7012(b), DOE consents to entry of final orders or judgments by the bankruptcy court.

## PRAYER FOR RELIEF

WHEREFORE, having fully answered the complaint, DOE prays for relief as follows:

1. Plaintiff's complaint against DOE be dismissed with prejudice;
2. Plaintiff's student loan debt to DOE be deemed non-dischargeable;
3. DOE be awarded its costs; and
4. Any other relief this court deems proper.

Date: August 25, 2026

Respectfully submitted,
**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon

s/ Cameron Perla
**CAMERON PERLA, OSB #241820**
cameron.perla@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503-727-1013
Attorney for Defendant Department of Education

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION'S ANSWER TO COMPLAINT was served by mailing a true copy addressed to the following, except those designated as receiving ECF notice, who will be served electronically by ECF:

John Henry DeJong
5022A NE 23rd Ave
Portland, OR 97211

And via email to:

johnhenry.us.dejong@gmail.com

Date: August 25, 2026

s/ Cameron Perla
Cameron Perla, OSB #241820
Assistant United States Attorney