UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
**John Henry DeJong,**

Debtor
**John Henry DeJong,**

Plaintiff
v.
**U.S. Department of Education,**

Defendant

Case No. **26-32562-dwh7**
☐ Amended

Adv. Proc. No. **26-03057-dwh**

**STATEMENT RE PARTY'S ADDRESS**

This form states the address of **U.S. Department of Education** [*enter name of party on whose behalf form is submitted*], who is a **defendant** [*enter role (for example, "defendant")*] in this action.

If the party is represented by an attorney who is not an ECF participant, the name and preferred service address of the attorney are:

The party's address is [*do not use attorney's address here*]:

**U.S. Department of Education**
**400 Maryland Ave SW**
**Washington, DC 20202**

This address is the party's—

☒ Office.
☐ Home, dwelling house, or place of abode.
☐ Other: ____________________.

| | | |
|---|---|---|
| **08/25/2026** | **/s/ Cameron Perla** | **241820** |
| Date | Signature | OSB#, if attorney |